IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTONIO DEAN,

            Appellant,

v.

STATE OF FLORIDA,

            Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5273

Opinion filed March 1, 2016.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for
Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney
General, and Michael McDermott, Assistant Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, WETHERELL, and RAY, JJ., CONCUR.